# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>   Plaintiff,<br><br> v.<br><br>ESA P PORTFOLIO LLC,<br><br>   Defendant. | Case No. 1:18-cv-00402-LJO-SAB<br><br>ORDER CONTINUING SCHEDULING CONFERENCE TO SEPTEMBER 4, 2018 |

  Plaintiff Theresa Brooke filed this action alleging discrimination in violation of the American's with Disabilities Act and state law claims. (ECF No. 1.) Pursuant to the scheduling order issued in this matter, the mandatory scheduling conferences is set for June 19, 2018, at 11:00 a.m. in Courtroom 9. (ECF No. 3.) A joint scheduling report was due one full week prior to the scheduling conference. (Id. at 2:14-15.) The parties did not file a joint scheduling report and the Courtroom Deputy reached out to advise the parties that the report was past due. Plaintiff's counsel responded that the parties have agreed to settle this action.

  Due to the representation that this matter has settled, the Court will continue the initial scheduling conference to September 4, 2018, at 9:00 a.m. in Courtroom 9. The parties shall file a joint scheduling report one full week prior to the scheduling conference.

  Plaintiff's counsel is advised that when an action settles he should file a notice of settlement as soon as practicable. Where there are pending deadlines, it is counsel's

1

responsibility to seek an extension of the deadline prior to the deadline expiring. This is not the first instance where counsel has failed to comply with court deadlines. In fact, counsel responded yesterday to an order to show cause for failure to comply with Court orders. See Brooke v. Hi Fresno Hotel Holdings, LLC, No. 1:18-cv-00156-AWI-SAB (ECF No. 11.) Future such failures to comply with orders of this Court may result in the issuance of monetary sanctions.

Accordingly, IT IS HEREBY ORDERED that the mandatory scheduling conference set for June 19, 2018, is CONTINUED to September 4, 2018, at 9:00 a.m., in Courtroom 9. The parties shall file a joint scheduling report one full week prior to the scheduling conference.

IT IS SO ORDERED.

Dated: **June 15, 2018**

UNITED STATES MAGISTRATE JUDGE

2