# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>    Plaintiff,<br><br>v.<br><br>ESA P PORTFOLIO, LLC,<br><br>    Defendant. | Case No. 1:18-cv-00402-LJO-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>ORDER VACATING ALL PENDING MATTERS AND DATES<br><br>(ECF No. 7) |

This action was filed on March 23, 2018. (ECF No. 1.) On July 10, 2018, the parties filed a stipulation dismissing this action with prejudice with each party to bear its own costs and fees. (ECF No. 7.) In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorneys' fees.

Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a). Further, all pending matters and dates are VACATED.

IT IS SO ORDERED.

Dated: **July 11, 2018**

                                  UNITED STATES MAGISTRATE JUDGE

1